UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MICHAEL STAMP and MARCUS PLANK,

Defendants.

26 Cr. 316 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on September 8, 2026, the parties are directed to comply with the following trial schedule:

- Trial will be set to begin on **January 25, 2027**, at **9:00 a.m.**;
- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **December 28, 2026**;
- Any opposition papers to motions *in limine* will be due **January 4, 2027**; and
- The final-pretrial conference will be scheduled for **January 19, 2027**, at **3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: September 8, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge