UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

MICHAEL STAMP,

Defendant.

---

26 Cr. 316-1 (KPF)

**ORDER**

Katherine Polk Failla, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to remove drug testing and treatment as directed by Pretrial Services.

Dated: September 3, 2026
New York, New York

SO ORDERED:

Katherine Polk Failla

Katherine Polk Failla
U.S. District Judge