LANKLER SIFFERT & WOHL LLP

1185 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10036
+1.212.921.8399 | WWW.LSWLAW.COM

October 2, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Michael Stamp and Marcus Plank*, 26 Cr. 316 (KPF),**
**Motion for Leave to File with Redactions and Under Seal**

Dear Judge Failla:

On behalf of our clients Marcus Plank and Michael Stamp, we write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York, Rule 9 of Your Honor's Individual Rules of Practice in Criminal Cases ("Individual Rules"), and the Protective Order entered in this case (ECF No. 18) seeking (1) leave to file with redactions the Memorandum of Law and attorney declarations in support of Defendants' Omnibus Pretrial Motion; and (2) leave to file under seal certain exhibits to the attorney declarations.

These materials contain or refer to information designated "Disclosure Material" and "Sealed Material" under the Protective Order. *See* ECF No. 18 ¶¶ 1–2. Accordingly, such Disclosure Material and Sealed Material is redacted from the versions of the Memorandum of Law and attorney declarations electronically filed simultaneously with this letter motion, per Individual Rule 9(C), and exhibits to the attorney declarations constituting Disclosure Material or Sealed Material are submitted under seal, per to Individual Rule 9(D). Unredacted copies of these submissions are simultaneously provided to Chambers via e-mail.

Sincerely,

| | |
|---|---|
| S/ Michael Longyear | S/ Noah Solowiejczyk |
| Michael Longyear | Noah Solowiejczyk |
| **Lankler Siffert & Wohl LLP** | **Fenwick & West LLP** |
| 1185 Avenue of the Americas | 902 Broadway, 18th Floor |
| New York, NY 10036 | New York, NY 10010 |
| (212) 921-8399 | (212) 430-2600 |
| *Counsel for Marcus Plank* | *Counsel for Michael Stamp* |

The Court is in receipt of Defendants' request to (i) file with redactions their Memorandum of Law and attorney declarations in support of Defendants' Omnibus Pretrial Motion; and (ii) file under seal certain exhibits to the attorney declarations. Their application is GRANTED.

The Clerk of Court is directed to maintain under seal Defendants' Omnibus Pretrial Motion, the Memorandum of Law in support of the Motion, and the attorneys' declarations and certain exhibits attached thereto, viewable to the Court and the parties only. Further, the Clerk of Court is directed to terminate the pending motion at docket entry 27.

Dated: October 5, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE