FENWICK

902 Broadway
18th Floor
New York, NY 10010-6035

212.430.2600
Fenwick.com

Noah Solowiejcyzk
nsolowiejcysk@fenwick.com

October 23, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re: ***United States v. Michael Stamp and Marcus Plank, 26 Cr. 316 (KPF),***
**Motion for Leave to File with Redactions and Under Seal**

Dear Judge Failla,

On behalf of our clients Michael Stamp and Marcus Plank, we write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York, Rule 9 of Your Honor's Individual Rules of Practice in Criminal Cases ("Individual Rules"), and the Protective Order entered in this case (ECF No. 18) seeking (1) leave to file with redactions the Memorandum of Law and attorney declaration in further support of Defendants' Omnibus Pretrial Motion; and (2) leave to file under seal certain exhibits to the attorney declaration.

These materials contain or refer to information designated "Disclosure Material" or "Sealed Material" under the Protective Order. *See* ECF No. 18 ¶¶ 1–2. Accordingly, such Disclosure Material and Sealed Material is redacted from the versions of the Memorandum of Law and attorney declaration electronically filed simultaneously with this letter motion, per Individual Rule 9(C), and exhibits to the attorney declaration constituting Disclosure Material are submitted under seal, per Individual Rule 9(D). Unredacted copies of these submissions are simultaneously provided to Chambers via e-mail.

Sincerely,

/s/ *Noah D. Solowiejczyk*
Noah D. Solowiejczyk
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2600

*Attorney for Defendant Michael Stamp*

/s/ *Michael Longyear*
Michael Longyear
LANKLER SIFFERT & WOHL LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 921-8399

*Attorney for Defendant Marcus Plank*

The Court is in receipt of Defendants' request to (i) file with redactions their Reply Memorandum of Law and Attorney Declaration; and (ii) file under seal certain exhibits to the Attorney Declaration. Their application is GRANTED.

The Clerk of Court is directed to maintain under seal Defendants' Reply Memorandum of Law, Attorney Declaration, and the supporting exhibits attached thereto, viewable to the Court and the parties only. Further, the Clerk of Court is directed to terminate the pending motion at docket entry 36.

Dated: October 26, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE