FENWICK

902 Broadway
18th Floor
New York, NY 10010-6035

212.430.2600
Fenwick.com

Noah Solowiejczyk
nsolowiejczyk@fenwick.com

November 11, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re: ***United States v. Michael Stamp and Marcus Plank,*** **26 Cr. 316 (KPF),**
**Motion for Leave to File with Redactions and Under Seal**

Dear Judge Failla,

On behalf of our clients Michael Stamp and Marcus Plank, we write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York, Rule 9 of Your Honor's Individual Rules of Practice in Criminal Cases ("Individual Rules"), and the Protective Order entered in this case (ECF No. 18) seeking (1) leave to file with redactions the Defendants' supplemental letter motion in support of their motion to suppress and attorney declaration in support of the same; and (2) leave to file under seal certain exhibits to the attorney declaration.

These materials contain or refer to information designated "Disclosure Material" under the Protective Order. *See* ECF No. 18 ¶¶ 1–2. Accordingly, such Disclosure Material is redacted from the versions of the Letter Motion and attorney declaration electronically filed simultaneously with this letter motion, per Individual Rule 9(C), and exhibits to the attorney declaration constituting Disclosure Material are submitted under seal, per Individual Rule 9(D). Unredacted copies of these submissions are simultaneously provided to Chambers via e-mail.

Sincerely,

*/s/ Noah Solowiejczyk*
Noah Solowiejczyk
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
Telephone: (212) 430-2600

*Attorney for Defendant Michael Stamp*

*/s/ Michael Longyear*
Michael Longyear
LANKLER SIFFERT & WOHL LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 921-8399

*Attorney for Defendant Marcus Plank*

Application GRANTED. Defendants may file under seal (i) their supplemental letter motion in support of their motion to suppress (Dkt. #46); (ii) the attorney declaration in support of the same (Dkt. #47); and (iii) certain exhibits to the attorney declaration (Dkt. #47-2, 47-7, 47-8).

The Clerk of Court is directed to terminate the pending motion at docket entry 45.

Dated: November 12, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE