UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MICHAEL STAMP and MARCUS PLANK,<br><br>Defendants. | 26 Cr. 316 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed Defendants' joint motion to compel disclosure of ostensibly favorable information that the Government received from outside counsel for Volkswagen Group ("Outside Counsel"), and to enforce this Court's July 24, 2026 Order issued pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure (Dkt. #41, 42); as well as the Government's opposition thereto (Dkt. #44). In its response, the Government reiterates that it is aware of and has complied with its disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny. The Court accepts the Government's representations, but notes potentially meaningful differences between the Government's recitation of the July 9, 2026 video call with Outside Counsel, and Outside Counsel's recitation of that same call. In addition, according to Defendants, Outside Counsel related to the Government the results of an internal investigation that included exculpatory information. Put simply, the Court has difficulty reconciling certain of the information contained in Defendants' letter with the Government's response.

Accordingly, the Court hereby DIRECTS the Government to review again the communications and materials it has received from Outside Counsel

and/or other counsel for Volkswagen, Audi, or their employees in order to ensure that the Government has complied fully with its *Brady* obligations. *See United States* v. *Triumph Capital Group, Inc.*, 544 F.3d 149, 161-65 (2d Cir. 2008) (holding that the defendant was "entitled to a new trial" based on the Government's "inexplicabl[e]" decision to "with[o]ld [an agent's] proffer notes"). While the Court accepts the Government's representations that it will produce the balance of witness statements in its possession, whether testifying or non-testifying, in advance of trial pursuant to the Jencks Act, the Court here strives to prevent a situation where *Brady* material is disclosed on the eve of trial.

Finally, and consistent with the Government's offer (Dkt. #44 at 5), the Court hereby DIRECTS the Government to identify promptly for defense counsel those Volkswagen Group employees who denied pre-announcement knowledge of Project Climb.

The Clerk of Court is directed to terminate the pending motion at docket entry 41.

SO ORDERED.

Dated: November 13, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge