**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 18, 2026

**BY EMAIL & ECF**

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *United States v. Michael Stamp & Marcus Plank*, 26 Cr. 316 (KPF)

Dear Judge Failla:

The Government respectfully requests to file exhibits to its opposition to the defendants' suppression motion under seal. The exhibits are materials governed by the Protective Order in this matter including materials designated as "Disclosure Material." (Dkt. No. 18). Exhibits filed under seal will be emailed to Chambers, consistent with Your Honor's individual rules.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
Shiva H. Logarajah
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-2272 /-2486

cc: Defense Counsel (by Email & ECF)

Application GRANTED. The Government may file under seal its opposition to Defendants' suppression motion (Dkt. #52), and the supporting exhibits (Dkt. #52-1 to -3).

The Clerk of Court is directed to terminate the pending motion at docket entry 51.

Dated: November 19, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE