UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MICHAEL STAMP,

Defendant.

26 Cr. 316 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court understands that Mr. Stamp intends to plead guilty pursuant to a plea agreement. Accordingly, the Government and Mr. Stamp are hereby ORDERED to appear for a change of plea hearing on **November 23, 2026**, at **2:30 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: November 20, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge